JOHN AGNEW COMPANY

*v.*

BOARD OF EDUCATION OF THE CITY OF PATERSON.

[Argued March 11th, 1914.	Decided June 15th, 1914.]

On appeal of First National Bank of the Town of Union from a decree of the court of chancery advised by Vice-Chancellor Stevenson, whose opinion is reported *ante p. 49.*

*Mr. John J. Fallon,* for the appellant.

*Mr. Edward Ward McMahon* (of the New York bar) and *Mr. William I. Lewis* (*Mr. David F. Edwards, Mr. Frank H. Hall* and *Mr. Charles Thaddeus Terry,* of New York, on the brief), for the respondents.

PER CURIAM.

The decree is affirmed, for the reasons stated by Vice-Chancellor Stevenson.

*For affirmance*—SWAYZE, TRENCHARD, BERGEN, MINTURN, KALISCH, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—9.

*For reversal*—None.